■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES JOHNSTON, JR., Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered April 27, 1982, convicting him of burglary in the first degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The evidence adduced supports the findings that the defendant caused physical injury to a resident of the house he had burglarized *(see,* Penal Law § 10.00 [9]; *People v Coward,* 100 AD2d 628) while in immediate flight from that building *(see,*

Penal Law § 140.30 [2]; *People v Gladman,* 41 NY2d 123). Upon the exercise of our factual review power we are satisfied that the evidence established the defendant's guilt beyond a reasonable doubt and that the verdict was not against the weight of the evidence (CPL 470.15 [5]).

The evidence at the hearing clearly showed that the police had probable cause to arrest the defendant *(People v Scruggs,* 90 AD2d 520, 521; *cf., People v Moore,* 62 AD2d 155, 159-160 [Silverman, J., dissenting], *revd* 47 NY2d 911, *on dissenting opn of Justice Silverman at App Div),* and was conducted within a reasonable period of time *(see, People v Veal,* 106 AD2d 418; *People v Brnja,* 70 AD2d 17, *affd* 50 NY2d 366).

We have considered the defendant's remaining contentions and find them to be without merit. Niehoff, J. P., Mangano, Bracken and Eiber, JJ., concur.